

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-19-00059-CR |
| HUMBERTO CEBALLOS, JR., | § | |
| Appellant, | | Appeal from the |
| | § | 34th District Court |
| v. | | |
| | | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | |
| State. | | (TC# 20170D00479) |
| | § | |

## **O R D E R**

The clerk's record has been filed. The trial court's Certification of Defendant's Right of Appeal does not indicate whether or not the defendant has the right to appeal. Therefore, the Court ORDERS that the Honorable William E. Moody, Judge for the 34th District Court of El Paso County, Texas, enter an amended Certification of Defendant's Right of Appeal. The amended Certification of Defendant's Right of Appeal shall be filed with the District Clerk of El Paso County, Texas, and the District Clerk shall prepare a supplemental clerk's record which will include the amended certification and file it with this Court on or before June 26, 2019.

IT IS SO ORDERED this 11th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.